IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50874
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JESSE A. MENDOZA,

                                        Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CR-327-1
- - - - - - - - - -
June 11, 1997

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Jesse Mendoza appeals his convictions for importation of marijuana and possession of marijuana with intent to distribute. Mendoza argues that the evidence was insufficient to support his convictions and that the district court erred in admitting his statement to a U.S. Customs agent that he wanted to plead guilty. Our review of the record and the arguments and authorities convinces us that no reversible error was committed. The

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

evidence was sufficient for a reasonable jury to find Mendoza guilty beyond a reasonable doubt.  See <u>United States v. Lopez</u>, 74 F.3d 575, 577 (5th Cir.), <u>cert. denied</u>, 116 S. Ct. 1867 (1996). Nor did the district judge err by admitting the complained-of statement.  See <u>United States v. Keith</u>, 764 F.2d 263, 265 (5th Cir. 1985).

AFFIRMED.